UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
43722
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Hyundai Capital America

Order Filed on April 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph LaMountain
Mary LaMountain

Case No.: 16-26435

Adv. No.:

Hearing Date: 3-14-17

Judge: MBK

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 4, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Joseph and Mary LaMountain**
**16-26435(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Hyundai Capital America, with the appearance of Andrew Kelly, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Hyundai Capital America is the holder of a first purchase money security interest encumbering a 2012 KIA OPTIMA bearing vehicle identification number 5XXGM4A73CG082914 (hereinafter the "vehicle").

2. The debtors shall make all retail installment contract payments to Hyundai Capital America when due, being the 28th day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due, Hyundai Capital America shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Hyundai Capital America shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtors shall pay to Hyundai Capital America through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.