UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on July 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph LaMountain and Mary M. LaMountain

| | |
|---|---|
| Case No.: | 16-26435 |
| Hearing Date: | 7/11/2017 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER DENYING MOTION

## FOR RELIEF FROM STAY WITHOUT PREJUDICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____6/14_____, 20 17  by _Jonathan C. Schwalb_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*