UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

Joseph LaMountain and Mary M. LaMountain

**Order Filed on July 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-26435

Adv. No.:

Hearing Date: 7/11/2017

Judge: Michael B. Kaplan

## ORDER VACATING ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED:** July 13, 2017

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

Order Granting Motion For Relief From Stay re: 3 Locust Way, Spring Lake Heights, NJ 07762
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

Order Granting Motion For Relief From Stay re: 3 Locust Way, Spring Lake Heights, NJ 07762
_____

dated  7/11/2017_____ be and the same is hereby vacated.