UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on July 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph LaMountain and Mary M. LaMountain

Case No.: 16-26435

Adv. No.:

Hearing Date: 7/11/2017

Judge: Michael B. Kaplan

## ORDER VACATING ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED:** July 13, 2017

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

Order Granting Motion For Relief From Stay re: 3 Locust Way, Spring Lake Heights, NJ 07762
───────────────────────────────────────────────────────────────────────────────

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

Order Granting Motion For Relief From Stay re: 3 Locust Way, Spring Lake Heights, NJ 07762
───────────────────────────────────────────────────────────────────────────────

dated  7/11/2017 _____ be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph LaMountain  
Mary M. LaMountain  
    Debtors

Case No. 16-26435-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 13, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.  
db/jdb         +Joseph LaMountain,    Mary M. LaMountain,    3 Locust Way,    Spring Lake Heights, NJ 07762-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:

         Albert    Russo     docs@russotrustee.com  
         Andrew J. Kelly     on behalf of Joint Debtor Mary M. LaMountain akelly@kbtlaw.com,  
          wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com  
         Andrew J. Kelly     on behalf of Debtor Joseph   LaMountain akelly@kbtlaw.com,  
          wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com  
         Brian C. Nicholas     on behalf of Creditor    Bayview Loan Servicing LLC bnicholas@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor    Bayview Loan Servicing LLC dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         John R. Morton, Jr.     on behalf of Creditor    Hyundai Capital America ecfmail@mortoncraig.com,  
          mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
         Jonathan C. Schwalb     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
         R. A. Lebron     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
                                                                  TOTAL: 8