UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph LaMountain and Mary M. LaMountain

Case No.: 16-26435

Hearing Date: 7/11/2017

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER DENYING MOTION

## FOR RELIEF FROM STAY WITHOUT PREJUDICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____6/14_____, 20 _17_ by __Jonathan C. Schwalb_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 16-26435-MBK
Joseph LaMountain                                                   Chapter 13
Mary M. LaMountain
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jul 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db/jdb         +Joseph LaMountain,   Mary M. LaMountain,   3 Locust Way,   Spring Lake Heights, NJ 07762-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Andrew J. Kelly    on behalf of Joint Debtor Mary M. LaMountain akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com
              Andrew J. Kelly    on behalf of Debtor Joseph  LaMountain akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com
              Brian C. Nicholas    on behalf of Creditor   Bayview Loan Servicing LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Hyundai Capital America ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Jonathan C. Schwalb    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                               TOTAL: 8