THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
**Attorneys for Debtors**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**Joseph LaMountain and<br>Mary M. LaMountain,**<br><br>Debtors. | Chapter 13<br><br>Case No. 16-26435-MBK<br><br>**CERTIFICATION OF<br>JOSEPH LaMOUNTAIN<br>IN RESPONSE TO SECURED<br>CREDITOR, BAYVIEW LOAN<br>SERVICING, LLC'S MOTION TO<br>DISMISS.**<br><br>Hearing Date: June 26, 2018<br>9:00 a.m. |

JOSEPH LaMOUNTAIN, of full age, does hereby certify as follows:

1. I am the Debtor in the above-captioned Chapter 13 bankruptcy proceeding. I make this Certification in response to the Motion of Secured Creditor, Bayview Loan Servicing, LLC ("Bayview"), for entry of an order dismissing my Chapter 13 case.

2. Bayview's Application in Support of its Motion states that the Debtors failed to make a good faith effort to comply with the confirmation order and did not market the property. Neither of those statements are correct.

3. Debtors actively marketed the property, with the property listed in the multiple listing services. As a result of the marketing efforts, on April 19, 2018, Debtors entered into a Contract for the

Sale of the Subject Property to an unrelated third party ("Purchasers"). A copy of the Contract is attached hereto as **Exhibit "A"**.

4. Unfortunately, negotiations between Debtors and Purchasers broke down during the inspection contingency, and on May 30, 2018 Purchasers' attorney sent an email to my attorney's office stating that the Purchasers had decided to terminate the contract. A copy of that email is attached hereto as **Exhibit "B"**.

5. Since the contract was terminated prior to satisfaction of the most basic contingencies, a §363 sale motion was not filed with the Court.

6. In light of the foregoing, Debtors made every effort to comply with the confirmation order and sell the property.

7. Debtors do not oppose Bayview's request to dismiss the pending Chapter 13 proceeding.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Joseph LaMountain
JOSEPH LaMOUNTAIN

Dated: June 20, 2018