Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−26435−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph LaMountain
3 Locust Way
Spring Lake Heights, NJ 07762

Mary M. LaMountain
3 Locust Way
Spring Lake Heights, NJ 07762

Social Security No.:
xxx−xx−2186

xxx−xx−7007

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 26, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 26, 2018
JAN: bwj

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 16-26435-MBK
Joseph LaMountain                                           Chapter 13
Mary M. LaMountain
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin                Page 1 of 2              Date Rcvd: Jun 26, 2018
                             Form ID: 148               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db/jdb         +Joseph LaMountain,    Mary M. LaMountain,    3 Locust Way,    Spring Lake Heights, NJ 07762-2108
516360853      +Account Discovery Systems, LLC (ADS),    P.O. Box 606,    Amherst, NY 14226-0606
516443807      +Bayview Loan Servicing, LLC,    Bankruptcy Department,    1544 Old Alabama Road,
                 Roswell, GA 30076-2102
516360857      +E. Bruce Wetzel, Jr.,    961 Collier Court,   #204,    Marco Island, FL 34145-6544
516360858     #+Elevate Recoveries,    P.O. Box 260804,    Plano, TX 75026-0804
516360859      +Fein, Such, Kahn & Shepard,    7 Century Drive,   #210,    Parsippany, NJ 07054-4609
516587529      +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
516360861      +JP Morgan Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
516598521      +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516360862      +KIA Motors Finance,    P.O. Box 650805,    Dallas, TX 75265-0805
516360863       M&T Bank,    P.O. Box 619063,    Dallas, TX 75261-9063
516360866      +Nordstrom,    1600 7th Avenue,   Suite 2600,    Seattle, WA 98101-2284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2018 22:12:53      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2018 22:12:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: HY11.COM Jun 27 2018 02:08:00      Hyundai Capital America,    P.O. Box 20829,
                 Fountain Valley, CA 92728-0829
516360854       EDI: BANKAMER.COM Jun 27 2018 02:08:00      Bank of America,    P.O. Box 982238,
                 El Paso, TX 79998
516360855      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 26 2018 22:12:57
                 Bayview Loan Servicing,    Customer Service,    4425 Ponce de Leon Boulevard,   5th Floor,
                 Coral Gables, FL 33146-1837
516360856      +EDI: MID8.COM Jun 27 2018 02:08:00      Chase,    c/o Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516360860       EDI: JEFFERSONCAP.COM Jun 27 2018 02:08:00      Jefferson Capital Systems,    16 McLeland Road,
                 Saint Cloud, MN 56303
516588821       E-mail/Text: camanagement@mtb.com Jun 26 2018 22:12:47      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516592031      +EDI: MID8.COM Jun 27 2018 02:08:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516360864      +EDI: MID8.COM Jun 27 2018 02:08:00      Midland Credit Management,    P.O. Box 939069,
                 San Diego, CA 92193-9069
516360865      +EDI: MID8.COM Jun 27 2018 02:08:00      Midland Funding,    P.O. Box 939069,
                 San Diego, CA 92193-9069
516360867       EDI: PRA.COM Jun 27 2018 02:08:00      Portfolio Recovery Assoc.,    130 Corporate Boulevard,
                 Norfolk, VA 23502
516439479       EDI: Q3G.COM Jun 27 2018 02:08:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3            User: admin               Page 2 of 2             Date Rcvd: Jun 26, 2018
                                Form ID: 148              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Andrew J. Kelly     on behalf of Joint Debtor Mary M. LaMountain akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com
              Andrew J. Kelly     on behalf of Debtor Joseph  LaMountain akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com
              Brian C. Nicholas     on behalf of Creditor    Bayview Loan Servicing LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Bayview Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Hyundai Capital America ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Jonathan C. Schwalb     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing LLC NJ_ECF_Notices@McCalla.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 9
```