Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re: | Chapter 13 |
|---|---|
| Joseph LaMountain and Mary M. LaMountain, | Case No. 16-26435-MBK |
| | Hearing Date: June 26, 2018 at 9:00 a.m. |
| Debtors. | Judge: Michael B. Kaplan |

### ORDER OF DISMISSAL

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: June 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Joseph LaMountain and Mary M. LaMountain |
| Case No.: | 16-26435-MBK |
| Caption of Order: | **ORDER OF DISMISSAL** |

THIS MATTER having been opened to the Court upon the motion of Bayview Loan Servicing, LLC for an Order dismissing the debtors' Chapter 13 bankruptcy case pursuant to 11 U.S.C. § 1307(c)(1) and (6) on the grounds that there has been unreasonable delay by the debtor that is prejudicial to Secured Creditor; and there has been a material default in the terms of the confirmed Chapter 13 plan and for good cause shown for the entry of this Order, it is hereby

ORDERED that the debtors' case is dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph LaMountain  
Mary M. LaMountain  
    Debtors

Case No. 16-26435-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 26, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
db/jdb       +Joseph LaMountain,   Mary M. LaMountain,   3 Locust Way,   Spring Lake Heights, NJ 07762-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:

        Albert  Russo   docs@russotrustee.com  
        Andrew J. Kelly   on behalf of Joint Debtor Mary M. LaMountain akelly@kbtlaw.com,  
         wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com  
        Andrew J. Kelly   on behalf of Debtor Joseph  LaMountain akelly@kbtlaw.com,  
         wsheridan@kbtlaw.com;cyaccarinoesq@me.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com  
        Brian C. Nicholas   on behalf of Creditor   Bayview Loan Servicing LLC bnicholas@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        John R. Morton, Jr.   on behalf of Creditor   Hyundai Capital America ecfmail@mortoncraig.com,  
         mortoncraigecf@gmail.com  
        Jonathan C. Schwalb   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
        Melissa N. Licker   on behalf of Creditor   Bayview Loan Servicing LLC NJ_ECF_Notices@McCalla.com  
        R. A. Lebron   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
                                                                                                                                                                                                   TOTAL: 9