Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 16–26435–MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph LaMountain                                Mary M. LaMountain
   3 Locust Way                                        3 Locust Way
   Spring Lake Heights, NJ 07762           Spring Lake Heights, NJ 07762

Social Security No.:
   xxx–xx–2186                                       xxx–xx–7007

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: October 2, 2018             Michael B. Kaplan
                                   Judge, United States Bankruptcy Court